NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALI HASSAN ABDULLAH,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D19-213
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____)

Opinion filed September 18, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Michelle Sisco,
Judge.


PER CURIAM.

    Affirmed.  See Carbajal v. State, 75 So. 3d 258 (Fla. 2011); State v. King, 426 So. 2d 12 (Fla. 1982); Mosely v. State, 688 So. 2d 999 (Fla. 2d DCA 1997); Desmond v. State, 576 So. 2d 743 (Fla. 2d DCA 1991); Budd v. State, 477 So. 2d 52 (Fla. 2d DCA 1985); Foss v. State, 834 So. 2d 404 (Fla. 5th DCA 2003); McMillan v. State, 832 So. 2d 946 (Fla. 5th DCA 2002); Hart v. State, 761 So. 2d 334 (Fla. 4th DCA 1998).


NORTHCUTT, VILLANTI, and LaROSE, JJ., Concur.